AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Cypaleo LLC | ) )  ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Dual Electronics Corporation | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 6:17-cv-1829-ORL 40-TBS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dual Electronics Corporation
250 International Pkwy
#230
Heathrow, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard L. Wernow
SAND & SEBOLT, LPA
4940 Munson Street NW, Suite 1100
Canton, OH 44718
330-244-1174

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/23/17

_____
*Signature of Clerk or Deputy Clerk*