IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| CYPALEO LLC, | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § § | CASE NO. 6:17-cv-1829-ORL-40TBS |
| DUAL ELECTRONICS CORPORATION | | |
| Defendant. | | |

**NOTICE OF DISMISSAL PURSUANT TO CIV.R.41(a)(1)(A)**

Plaintiff Cypaleo LLC hereby notifies the Court of the dismissal of Defendant Dual Electronics Corporation. This notice of dismissal pursuant to Civ. R. 41(a)(1)(A) is proper inasmuch as the Defendant has neither answered nor moved for summary judgement.

Dated:  December 5, 2017

Respectfully submitted,

/s/Howard L. Wernow
Howard L. Wernow (FL Bar 107560)
**SAND & SEBOLT, LPA**
4940 Munson Street NW
Suite 1100
Canton, OH 44718
(330) 244-1174
Fax: (330) 244-1173
Howardw@sandandsebolt.com

**ATTORNEY FOR PLAINTIFF
CYPALEO LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 5, 2017.

*/s/Howard L. Wernow*
Howard Wernow

**ATTORNEY FOR PLAINTIFF**
**CYPALEO LLC**